IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02645-PAB-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2008 GMC YUKON DENALI, VIN: 1GKFK63888J236527, and
2013 CHEVROLET EQUINOX, VIN: 2GNALBEK0D6245418,

      Defendants.

## STIPULATED ORDER

ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/ *Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

s/ *Ernest Gomez*
Ernest Gomez, *Esq.*
The Law Offices of Ernest Gomez
600 17th Street, Suite #2800
Denver, Colorado 80202
Telephone: (303) 623-7000
E-mail: Lawyergomez@live.com
*Attorney for the United States*

**SO ORDERED:**

Date: 4/27/16

KRISTEN L. MIX
United States Magistrate Judge